IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-10235
Conference Calendar

_____

PAMELA G. DELAFIELD,

Plaintiff-Appellant,

versus

SCOTT MAYBERRY; PAM MAYBERRY; MAYBERRY GARDEN; KM & LM, LC.,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:00-CV-2075-D
--------------------
June 18, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Because the appeal from the district court's judgment has been dismissed, Pamela Delafield's appeal from the district court's order of January 22, 2001, reaffirming its prior ruling revoking Delafield's in forma pauperis status, is moot. See Case v. St. Paul Fire & Marine Ins. Co., 456 F.2d 252, 253 (5th Cir. 1972). Accordingly, the appeal must be

DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.